*Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States, respondents.

No. 324. DAVIS ET AL. *v.* CITY OF HOMESTEAD ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles A. Carroll* for petitioners. *Mr. Robert J. Pleus* for the City of Homestead, and *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States, respondents.

No. 325. STEVENS *v.* EDWARDS ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Palmer Garrett* for petitioner. *Mr. Thomas B. Adams* for respondents.

No. 328. UNITED STATES TRUST CO. OF NEW YORK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry J. Ahlheim* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Joseph M. Jones* for respondent.

No. 329. COMPAGNIE GENERALE TRANSATLANTIQUE *v.* TAWES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Jos. M. Rault* and *Benjamin W. Yancey* for petitioner. *Solicitor General Biddle, Assistant Attor-*